THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EUGENE CARCARAMO, Appellant.

Argued January 12, 1942; decided February 26, 1942.

*Bertram J. Adams* for appellant.

*William O'Dwyer, District Attorney (J. Vincent Keogh* and *Henry J. Walsh* of counsel), for respondent.

Judgments reversed and information dismissed upon the ground that the evidence was not sufficient to warrant a finding of the defendant's guilt beyond a reasonable doubt. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ. Dissenting: CONWAY, J.